| | |
|---|---|
| CANDACE J. RODGERS,<br><br>Plaintiff,<br>v.<br>THE CHARTWELL LAW<br>OFFICES, LLP,<br><br>Defendant. | ) <br> ) Case NO.: 1:25-cv-05521-TRJ-CMS<br> )<br> )<br> )<br> )<br> )<br> )<br> ) **JURY TRIAL DEMANDED**<br> )<br> ) |

## JOINT STIPULATION OF SETTLEMENT

Plaintiff Candace Rodgers and Defendant The Chartwell Law Offices, LLP (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly notify the Court that the Parties have reached a settlement in principle resolving all claims asserted in the above-captioned matter.

The Parties are in the process of finalizing a written settlement agreement, and upon execution, will file the appropriate dismissal documents with the Court.

The Parties respectfully request that the Court:

1. Stay all pending deadlines and scheduled proceedings for a period of twenty (20) days to allow the Parties to finalize and execute the settlement agreement; and

2. Administratively close this matter pending the filing of a stipulation of

dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Parties anticipate filing a Stipulation of Dismissal with Prejudice on or before

May 25, 2026.

Respectfully submitted this 5th day of May 2026.

**THE FORSYTHE LAW FIRM, LLC**
*/s/ Christine A. Forsythe*
Christine A. Forsythe
Georgia Bar No. 321456
1050 Crown Pointe Pkwy, Suite 1240
Atlanta, GA 30338
Telephone: (404) 476-2717
E-mail:
Christine@forsythelawfirm.com

**COUNSEL FOR PLAINTIFF**

**HAWKINS PARNELL & YOUNG, LLP**
*/s/ Christine L. Mast*
*(signed by Christine A. Forsythe with express permission)*
Christine L. Mast
Georgia Bar No. 461349
303 Peachtree Street, NE, Suite 4000
Atlanta, Georgia 30308-3243
Telephone: (404)614-7400
E-mail:cmast@hpylaw.com

**COUNSEL FOR DEFENDANT**

**THE CHARTWELL LAW OFFICES LLP**
*/s/ Michelle Lynn Greenberg*
*(signed by Christine A. Forsythe with express permission)*
Michelle Lynn Greenberg, Esq.
*(MG–3047)*
322 Highway 35 South, Suite 300
Red Bank, NJ 07701
Telephone: 856-436-6766
Email: mgreenberg@chartwelllaw.com
*Admitted Pro Hac Vice*

**COUNSEL FOR DEFENDANT**

**THE CHARTWELL LAW OFFICES, LLP**

*/s/ Edward Graham Newsome*
*(signed by Christine A. Forsythe with express permission)*
Edward Graham Newsome, Esq.
Georgia Bar No. 815149
3350 Riverwood Parkway, SE, Suite 1250
Atlanta, GA 30339
Telephone: 470-671-3815
Email: gnewsome@chartwelllaw.com

**COUNSEL FOR DEFENDANT**